Kamala D. Harris, State Bar No. 146672
Attorney General of California
Alberto L. Gonzalez, State Bar No. 117605
Supervising Deputy Attorney General
Catherine Woodbridge, State Bar No. 186186
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8216
 Fax: (916) 322-8288
 E-mail: Catherine.Woodbridge@doj.ca.gov
*Attorneys for Defendant State of California by and through California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO LEON LEON, ET AL.,** | 2:16-cv-00655-MCE-CKD |
| Plaintiff, | **ORDER ON DEFENDANT STATE OF CALIFORNIA/CALIFORNIA HIGHWAY PATROL'S REQUEST FOR DISMISSAL** |
| v. | |
| **STATE OF CALIFORNIA, ET AL.,** | |
| Defendants. | |

Defendant State of California by and through California Highway Patrol requests dismissal with prejudice. On April 15, 2016, Plaintiffs filed a First Amended Complaint that does not allege any causes of action against Defendant State of California by and through California Highway Patrol. ECF No. 14.

///

///

///

///

///

///

Because there are no claims against this Defendant, dismissal is appropriate. For good cause appearing, IT IS HEREBY ORDERED that Defendant State of California, California Highway Patrol is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  June 14, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE