Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Attorneys for Plaintiffs
ROBERTO LEON LEON, OLIVIA LEON CAZARES BRAVO, MONICA LEON, and EMILY NOEMI LEON

JAMES SANCHEZ, City Attorney (SBN 116356)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO and SACRAMENTO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

ROBERTO LEON LEON, et al.,

Plaintiffs,

vs.

COUNTY OF SACRAMENTO, et al.,

Defendants.

Case No. 2:16-cv-00655-MCE-CKD

**STIPULATION RE CITY DEFENDANTS' FIRST AMENDED ANSWER AND PLAINTIFFS' MOTION TO STRIKE; ORDER**

WHEREAS, on April 15, 2016, Plaintiffs Roberto Leon Leon, Olivia Leon Cazares Bravo, Monica Leon, and Emily Noemi Leon (collectively, "Plaintiffs") filed the First Amended Complaint, see ECF No. 14, their currently-operable pleading in this matter;

WHEREAS, on May 2, 2016, and May 5, 2016, Defendants City of Sacramento and Sacramento Police Department's (collectively, "City Defendants") filed separate Answers to the First Amended Complaint, *see* ECF Nos. 19 & 20;

WHEREAS, on May 23, 2016, Plaintiffs filed a motion to strike allegations from City Defendants' Answers to the First Amended Complaint, set for hearing on June 30, 2016, *see* ECF No. 22;

WHEREAS, on June 20, 2016, City Defendants filed a First Amended Answer to the First Amended Complaint, *see* ECF No. 31;

WHEREAS, on June 21, 2016, Plaintiffs informed City Defendants that the filing of the First Amended Answer was not in compliance with the Federal Rules of Civil Procedure, *see* ECF No. 32-1 at 3-4;

WHEREAS, on June 23, 2016, City Defendants filed a motion to amend their original Answers to the First Amended Complaint, set for hearing on July 28, 2016, *see* ECF No. 32;

WHEREAS, on June 27, 2016, the Court continued the hearing on Plaintiffs' motion to strike from June 30, 2016, to July 28, 2016, *see* ECF No. 33; and

WHEREAS, Plaintiffs' counsel is unavailable on July 28, 2016, *see* ECF No. 5.

Accordingly, THE PARTIES HEREBY STIPULATE that:

1. City Defendants' First Amended Answer to the First Amended Complaint, ECF No. 31, be recognized as City Defendants' currently-operable responsive pleading to the First Amended Complaint, superseding and replacing City Defendants' previously-filed Answers, ECF Nos. 19 & 20;

2. City Defendants' First Amended Complaint to the First Amended Complaint, ECF No. 31, constitutes City Defendants' one amendment "as a matter of course" and any further amendment by City Defendants may be accomplished "only with the opposing party's written consent or the court's leave," Fed. R. Civ. P. 15(a)(2);

3. Plaintiffs' motion to strike the original Answers, ECF No. 22, be withdrawn, and its continued hearing date of July 28, 2016, be removed from the Court's calendar;

4. City Defendants' motion to amend answer, ECF No. 32, be withdrawn, and its associated hearing date of July 28, 2016, be removed from the Court's calendar;

5. Plaintiffs may file a motion to strike allegations from City Defendants' First Amended Answer on or before July 11, 2016, with an associated hearing date of August 25, 2016;

6. City Defendants may file a opposition to Plaintiffs' motion to strike, if any, on or before August 11, 2016; and

7. Plaintiffs may file a reply to City Defendants' opposition to the motion to strike, if any, on or before August 18, 2016.

Dated: June 27, 2016

Respectfully Submitted,

/s/ Mark E. Merin

By: ________________________________

Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814

Attorneys for Plaintiffs
ROBERTO LEON LEON, OLIVIA LEON CAZARES BRAVO, MONICA LEON, and EMILY NOEMI LEON

Dated: June 27, 2016

Respectfully Submitted,

/s/ Sean D. Richmond
(as authorized on June 27, 2016)

By: ________________________________

Sean D. Richmond
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, California 95814-2608

Attorney for Defendants
CITY OF SACRAMENTO and SACRAMENTO POLICE DEPARTMENT

**ORDER**

Pursuant to Plaintiffs' and City Defendants' stipulation (ECF No. 34) and good cause appearing:

1. City Defendants' First Amended Answer to the First Amended Complaint, ECF No. 31, is recognized as City Defendants' currently-operable responsive pleading to the First Amended Complaint, superseding and replacing City Defendants' previously-filed Answers, ECF Nos. 19 & 20;

2. City Defendants' First Amended Complaint to the First Amended Complaint, ECF No. 31, constitutes City Defendants' one amendment "as a matter of course" and any further amendment by City Defendants may be accomplished "only with the opposing party's written consent or the court's leave," Fed. R. Civ. P. 15(a)(2);

3

STIPULATION RE CITY DEFENDANTS' FIRST AMENDED ANSWER & PLAINTIFFS' MOTION TO STRIKE; ORDER
*Leon v. County of Sacramento*; United States District Court, Eastern District of California, Case No. 2:16-cv-00655-MCE-CKD

3. Plaintiffs' motion to strike the original Answers, ECF No. 22, is withdrawn, and its continued hearing date of July 28, 2016, is removed from the Court's calendar;

4. City Defendants' Motion to Amend Answer, ECF No. 32, is withdrawn, and its associated hearing date of July 28, 2016, is removed from this Court's calendar;

5. Plaintiffs may file a motion to strike allegations from City Defendants' First Amended Answer on or before July 11, 2016, with an associated hearing date of August 25, 2016;

6. City Defendants may file a opposition to Plaintiffs' motion to strike, if any, on or before August 11, 2016; and

7. Plaintiffs may file a reply to City Defendants' opposition to the motion to strike, if any, on or before August 18, 2016.

IT IS SO ORDERED.

Dated: June 30, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE