Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:       mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiffs
ROBERTO LEON LEON, OLIVIA LEON
CAZARES BRAVO, MONICA LEON, and
EMILY NOEMI LEON

JESSE M. RIVERA (State Bar #084259)
JILL B.NATHAN (State Bar # 186136)
RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815
Tel: 916-922-1200
Fax: 916 922-1303

Attorneys for Defendants
COUNTY OF SACRAMENTO and
SACRAMENTO COUNTY SHERIFF'S DEPARTMENT

JAMES SANCHEZ, City Attorney (SBN 116356)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO and
SACRAMENTO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTO LEON LEON, et al., | Case No. 2:16-cv-00655-MCE-CKD |
| Plaintiffs, | **STIPULATION FOR DISMISSAL; ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

1

**STIPULATION FOR DISMISSAL**
*Leon v. County of Sacramento*; United States District Court, Eastern District of California, Case No. 2:16-cv-00655-MCE-CKD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action, with each party to bear their own costs and attorney's fees.

Dated: August 11, 2016                Respectfully Submitted,

                                          LAW OFFICE OF MARK E. MERIN

                                             /s/ Mark E. Merin

                                      By: _____
                                              Mark E. Merin

                                          Attorney for Plaintiffs
                                          ROBERTO LEON LEON, OLIVIA LEON
                                          CAZARES BRAVO, MONICA LEON, and
                                          EMILY NOEMI LEON

Dated: August 8, 2016                Respectfully Submitted,

                                          RIVERA & ASSOCIATES

                                            /s/ Jesse M. Rivera
                                            (as authorized on August 8, 2016)
                                        By: _____
                                             Jesse M. Rivera

                                          Attorney for Defendants
                                          COUNTY OF SACRAMENTO and
                                          SACRAMENTO COUNTY SHERIFF'S
                                          DEPARTMENT

Dated: August 11, 2016                Respectfully Submitted,

                                          CITY OF SACRAMENTO

                                            /s/ Sean D. Richmond
                                            (as authorized on August 11, 2016)
                                        By: _____
                                             Sean D. Richmond

                                          Attorney for Defendants
                                          CITY OF SACRAMENTO and
                                          SACRAMENTO POLICE DEPARTMENT

## **ORDER**

Based on the Stipulation for Dismissal entered by all parties, and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.      The Stipulation for Dismissal is approved.

2

**STIPULATION FOR DISMISSAL**
*Leon v. County of Sacramento*; United States District Court, Eastern District of California, Case No. 2:16-cv-00655-MCE-CKD

2.       The above-caption proceeding is hereby dismissed pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

3.       The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  August 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

**STIPULATION FOR DISMISSAL**
*Leon v. County of Sacramento*; United States District Court, Eastern District of California, Case No. 2:16-cv-00655-MCE-CKD